UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DANIEL CHAVEZ

                      Plaintiff,

-against-

CITY OF NEW YORK, ERIC ADAMS, DAVID CHOKSHI

                      Defendants

Case no: 1:23-cv-7754 (BMC)

**NOTICE OF APPEAL**

    PLEASE TAKE NOTICE that the plaintiff in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Order on Defendant's motion for reconsideration entered on January 08, 2024, dismissing Plaintiff's selective enforcement claim under the Fourteenth Amendment of the United States Constitution pursuant to 42 U.S.C. §1983..

Dated: January 17, 2024
       Uniondale, New York

                                          Respectfully Submitted,

                                          */s/ Chad LaVeglia*

                                          CHAD J. LAVEGLIA ESQ.,
                                          LAW OFFICE OF CHAD J LAVEGLIA PLLC
                                          626 RxR Plaza, Suite #613
                                          Uniondale, NY 11556
                                          (631) 450-2468
                                          claveglia@cjllaw.org

APPEAL,ACO,DJI

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23-cv-07754-BMC

| | |
|---|---|
| Chavez v. City of New York et al | Date Filed: 10/17/2023 |
| Assigned to: Judge Brian M. Cogan | Jury Demand: Plaintiff |
| Demand: $1,200,000,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights (Employment Discrimination) | Jurisdiction: Federal Question |

**Plaintiff**

**Daniel Chavez**     represented by     **Chad Jackson LaVeglia**
Law Office of Chad J. LaVeglia PLLC
350 Motor Parkway
Suite #308
Hauppauge, NY 11788
631-450-2468
Email: claveglia@yoderlaveglia.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of New York**     represented by     **Traci Krasne**
NYC Law Department
NYC Law Department
100 Church Street
Ste 2-317
New York, NY 10007
917-634-6678
Email: trkrasne@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Adams**     represented by     **Traci Krasne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Chokshi**     represented by     **Traci Krasne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2023 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC-17193080 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Daniel Chavez. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1- EEOC Right to sue letter, # 3 Exhibit 2- NYC denial of religious accommodation, # 4 Exhibit 3- NYC RA Appeals Panel Denial Letter, # 5 Proposed Summons City of New York, # 6 Proposed Summons Eric Adams, # 7 David Chokshi) (LaVeglia, Chad) (Entered: 10/17/2023) |
| 10/17/2023 | | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (CV) (Entered: 10/18/2023) |

| | | |
|---|---|---|
| 10/17/2023 | 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (CV) (Entered: 10/18/2023) |
| 10/18/2023 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (CV) (Entered: 10/18/2023) |
| 10/18/2023 | 4 | Summons Issued as to All Defendants. (Attachments: # 1 Adam, # 2 David) (CV) (Entered: 10/18/2023) |
| 10/18/2023 | 5 | SCHEDULING ORDER: A telephonic Initial Status Conference is set for 11/29/2023 at 10:00 am. The parties are directed to call 571–353–2301 and enter Meeting ID 642046966#. See attached mandatory requirements for the conference. Ordered by Judge Brian M. Cogan on 10/18/2023. (PW) (Entered: 10/18/2023) |
| 11/09/2023 | 6 | NOTICE of Appearance by Traci Krasne on behalf of Eric Adams, David Chokshi, City of New York (aty to be noticed) (Krasne, Traci) (Entered: 11/09/2023) |
| 11/09/2023 | 7 | MOTION for pre motion conference by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 11/09/2023) |
| 11/09/2023 | | ORDER deferring ruling on 7 . The premotion conference is waived. This motion is deemed to constitute defendants' motion to dismiss. Plaintiff's opposition due 11/23/23. The Court shall hold oral argument on this motion at the Initial Status Conference as previously scheduled for 11/29/23, except that the conference and argument shall be held by video. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 11/9/2023. (PW) (Entered: 11/09/2023) |
| 11/23/2023 | 8 | MEMORANDUM in Opposition *to Defendants' Motion to Dismiss* filed by Daniel Chavez. (LaVeglia, Chad) (Entered: 11/23/2023) |
| 11/28/2023 | 9 | REPLY in Support re 7 MOTION for pre motion conference *reply memorandum of law in further support of motion to dismiss* filed by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 11/28/2023) |
| 11/29/2023 | | Minute Entry and Order for Initial Status Conference and oral argument on 7 defendants' motion to dismiss held before Judge Brian M. Cogan on 11/29/2023. Counsel for all parties appeared via Zoom. Defendants' motion to dismiss is denied as to plaintiff's Section 1983 selective enforcement and Title VII failure to accommodate claims, and granted as to plaintiff's Section 1983 substantive due process claim. The Court set the following discovery schedule: parties to exchange Rule 26(a)(1) disclosures by 12/22/2023; serve written discovery requests by 1/8/2024; produce written discovery by 2/7/2024; complete fact depositions by 4/8/2024, the date fact discovery ends. The last day for filing a letter requesting a pre−motion conference to file dispositive motions shall be 4/15/2024. See transcript for details (Court Reporter: Kristi Cruz). (PW) (Entered: 11/29/2023) |
| 12/13/2023 | 10 | ANSWER to 1 Complaint, by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 12/13/2023) |
| 12/13/2023 | 11 | MOTION for Reconsideration re Order on Motion for Pre Motion Conference,,,, Initial Conference Hearing,,,, Motion Hearing,,, *Partial Motion for Reconsideration of the Court's Order dated November 29, 2023* by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 12/13/2023) |
| 12/13/2023 | 12 | AFFIDAVIT/DECLARATION in Support re 11 MOTION for Reconsideration re Order on Motion for Pre Motion Conference,,,, Initial Conference Hearing,,,, Motion Hearing,,, *Partial Motion for Reconsideration of the Court's Order dated November 29, 2023* filed by Eric Adams, David Chokshi, City of New York. (Attachments: # 1 |

|  |  |  |
|---|---|---|
|  |  | Exhibit A – Transcript of November 29, 2023 Proceedings, # 2 Exhibit B – Copy of EO No. 62) (Krasne, Traci) (Entered: 12/13/2023) |
| 12/13/2023 | 13 | MEMORANDUM in Support re 11 MOTION for Reconsideration re Order on Motion for Pre Motion Conference,,,, Initial Conference Hearing,,,, Motion Hearing,,, *Partial Motion for Reconsideration of the Court's Order dated November 29, 2023* filed by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 12/13/2023) |
| 12/22/2023 | 14 | MEMORANDUM in Opposition re 13 Memorandum in Support, filed by Daniel Chavez. (LaVeglia, Chad) (Entered: 12/22/2023) |
| 12/29/2023 | 15 | REPLY in Support re 11 MOTION for Reconsideration re Order on Motion for Pre Motion Conference,,,, Initial Conference Hearing,,,, Motion Hearing,,, *Partial Motion for Reconsideration of the Court's Order dated November 29, 2023*, 12 Affidavit in Support of Motion, 13 Memorandum in Support, filed by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 12/29/2023) |
| 01/08/2024 | 16 | ORDER re: Defendants' 11 Motion for Reconsideration is granted and plaintiff's Section 1983 selective enforcement claim is dismissed. The case will proceed on plaintiff's remaining claim under Title VII. ( Ordered by Judge Brian M. Cogan on 1/8/2024 ) (RG) (Entered: 01/08/2024) |
| 01/10/2024 | 17 | MOTION to Amend/Correct/Supplement 16 Order on Motion for Reconsideration, 1 Complaint, *Request for clarification on January 8, 2024 Decision and to Amend Caption* by Eric Adams, David Chokshi, City of New York. (Krasne, Traci) (Entered: 01/10/2024) |
| 01/17/2024 | 18 | NOTICE OF APPEAL as to 16 Order on Motion for Reconsideration, by Daniel Chavez. Filing fee $ 605, receipt number ANYEDC–17471599. Appeal Record due by 1/17/2024. (LaVeglia, Chad) (Entered: 01/17/2024) |
| 01/18/2024 |  | Electronic Index to Record on Appeal sent to US Court of Appeals. 18 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 01/18/2024) |