# LAW OFFICE OF CHAD J. LAVEGLIA PLLC 

<u>Daniel Chavez v City of New York et al.,</u>
Docket No: 24-101
District Court Docket No.: 23-cv-7754 (BMC)
_____

  Appellant does not oppose Respondents' motion to dismiss the appeal as this Court lacks jurisdiction since the lower court's Order dismissing some, but not all of Appellants claims, was not final. <u>See</u> <u>Ashmore v CGI Group, Inc.</u>, 860 F3d 80, [2d Cir 2017]; <u>Chappelle v Beacon Communications Corp.</u>, 84 F3d 652 [2d Cir 1996].

Dated:  May 26, 2024
     Uniondale, New York

               Respectfully Submitted,

               *[signature]*

               CHAD J. LAVEGLIA ESQ.,
               LAW OFFICE OF CHAD J LAVEGLIA PLLC
               626 RxR Plaza, Suite #613
               Uniondale, NY 11556
               (631) 450-2468
               claveglia@cjllaw.org