# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-four.

_____

| | |
|---|---|
| Daniel Chavez, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 24-206 |
| v. | |
| City of New York, Eric Adams, David Chokshi, | |
|     Defendants - Appellees. | |

_____

    IT IS HEREBY ORDERED that the motions to accept a late brief and to dismiss the appeal (docket entries 20 and 26) are DENIED as moot in light of the Court's mandate issued earlier today.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

